IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| BENJAMIN J. MCGEE, | : | |
| Plaintiff | : | |
| VS. | : | CIVIL ACTION NO.: 7:10-CV-125 (HL) |
| Nurse AINETTA STEWARD, *et al.*, | : | |
| Defendants | : | **ORDER** |

Plaintiff **BENJAMIN J. MCGEE**, a pretrial detainee at the Colquitt County Jail, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.

In an Order also dated January 24, 2011, the Court ordered plaintiff to submit a supplement to his complaint. Plaintiff was given until February 14, 2011 to submit the supplement and was told that his failure to comply with the Order would result in dismissal of his action. Plaintiff failed to respond to the January 24, 2011 Order.[1]

Because of his failure to comply with the Court's instructions, plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 16th day of February, 2011.

*s/ Hugh Lawson*
HUGH LAWSON, JUDGE
UNITED STATES DISTRICT COURT

lnb

---

[1] The Court notes that mail sent to plaintiff has been returned as undeliverable. It appears that plaintiff has been released from jail and he has not provided the Court with his current address.